ORR, *Appellant*, v. LAWRENCE COUNTY.

The court re-affirms its former decisions holding township bonds issued in aid of railroads void.

*Appeal from Lawrence Circuit Court.*—HON. JOS. CRAVENS, Judge.

AFFIRMED.

*N. Gibbs* for appellant.

*Thrasher & Young* for respondent.

NORTON, J.—This suit was instituted in the circuit court of Lawrence county, to enforce the payment of certain coupons of a bond issued by the county court of said county for and in behalf of Pierce township, in said county, to the Memphis, Carthage & Northwestern Railway Com-

pany under the act of March 23rd, 1868.    Acts 1868, p. 92.
Upon the trial defendant obtained judgment, from which
plaintiff has appealed.    The judgment must be affirmed
on the authority of the following cases :    *Webb v. Lafay-
ette Co.*, 67 Mo. 353; *State ex rel., etc., v. Brassfield*, 67 Mo.
331; *State ex rel. v. Sutterfield*, 54 Mo. 392 ; *State ex rel., etc.,
v. Winkelmeier*, 30 Mo. 103 ; *St. Joseph & Denver City R. R.
Co. v. Buchanan Co. Ct.*, 39 Mo. 485; *State ex rel. etc., v.
Holladay*, 72 Mo. 499.    All concur except Judge HOUGH,
who dissents, and Judge RAY absent.